**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ARLISON L. HALL**                                                             **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 4:16-CV-160-DMB-JMV**

**MUTUAL OF OMAHA INSURANCE**
**COMPANY**                                                        **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION TO FILE
## ADMINISTRATIVE RECORD UNDER SEAL [DKT. #15]

Came on for hearing this day on Mutual of Omaha Insurance Company's Unopposed Motion to File Administrative Record under Seal [Dkt. #15], and the Court having reviewed the motion and being fully advised on the premises, and being further advised that Plaintiff does not oppose this motion,[1] finds that, pursuant to L.U.Civ.R. 79 and for the reasons set forth in the motion, due to the protected and confidential nature of the medical information contained in the Administrative Record and the voluminous size of the Administrative Record, Mutual's request to file the Administrative Record under seal is supported by clear and compelling reasons to protect against disclosure of sensitive and confidential medical information and is narrowly tailored to serve such interests.

Accordingly, this Court grants the motion and orders that Mutual shall be allowed to file the Administrative Record conventionally under seal with a copy of the Administrative Record

---

[1] Plaintiff does not oppose the motion with the following statement, "By agreeing to and not objecting to this motion, plaintiff does not waive any rights to argue and present to the court any issue concerning incompleteness of the administrative record, failure to abide by ERISA procedures and conflict of interest, if any, on part of the defendant arising from the fact that it is both decider of disability and payor thereof nor does plaintiff waive any right to seek from the court discovery on these issues."

to be provided to the district judge, and that the Administrative Record shall remain under seal until the Court orders otherwise.

**IT IS SO ORDERED,** this 20th day of October, 2016.

/s/ Jane M. Virden_____
UNITED STATES MAGISTRATE JUDGE

SUBMTTED BY:

/s/ Kevin A. Rogers
Kelly D. Simpkins
Kevin A. Rogers
Wells Marble & Hurst, PLLC
300 Concourse Blvd. Suite 200
Ridgeland, MS 39157
601-605-6900
krogers@wellsmar.com

*Attorneys for Defendant Mutual of Omaha Insurance Company*